Frank Newell and Others.— Judgment and order affirmed, with costs. All concurred.

Elizabeth Schoenhut, Respondent, v. Albert Schoenhut, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Williams and Kruse, JJ., who dissented.

Elizabeth Schoenhut, Respondent, v. Albert Schoenhut, Appellant.— Orders affirmed, with ten dollars costs. All concurred, except Williams and Kruse, JJ., who dissented.

Elizabeth Schoenhut, Respondent, v. Albert Schoenhut, Appellant.— Judgment affirmed, with costs. All concurred, except Williams and Kruse, JJ., who dissented.

Mary Wheeler, Appellant, v. Jay Northrup and Mary G. Northrup, His Wife, Respondents.— Judgment affirmed, with costs. All concurred.

Agnes Hoffman, Respondent, v. John McCarthy and Others, Appellants.— Judgment and order affirmed, with costs. All concurred.

Joseph Wetzel and Anthony G. Wetzel, Respondents, v. Williamsville Park Land Company, Impleaded with John Hickler, Appellant.— Judgment affirmed, with costs. All concurred.

Michael King, as Administrator, etc., of George F. King, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Order reversed and new trial ordered, with costs to appellant to abide event. Held, that the verdict of the jury that plaintiff's intestate was free from contributory negligence was contrary to and against the weight of the evidence. All concurred, except McLennan, P. J., and Kruse, J., who dissented and voted for affirmance.

Nicholas Tuozzo, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

John D. Gill, Appellant, v. Robert Dickson and Robert J. Dickson, Respondents.— Judgment affirmed, with costs. All concurred.

William H. Odell, Appellant, v. Allen Ames and Others, Respondents.— Judgment and order affirmed, with costs. All concurred.

Julius Gombert, Respondent, v. The New York Central and Hudson River Railroad Company and Another, Appellants.— Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented.

Michael Dowdall, Respondent, v. Supreme Council of Catholic Mutual Benefit Association, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide event upon the authority of *Mock* v. *Supreme Council* (121 App. Div. 474) and *Wright* v. *Knights of Maccabees*, recently decided by the third department (122 App. Div. 904). All concurred.

James M. Hamilton, Appellant, v. Frank V. Fleckenstein and Others, Defendants, Impleaded with William S. Morse and Others, Respondents.— Judgment affirmed, with costs. All concurred.

John J. O'Dell, Respondent, v. Star Palace Laundry, Appellant.— Judgment and order affirmed, with costs. All concurred.

Nicholas Lougnot, as Administrator, etc., Respondent, v. Central New York Telegraph and Telephone Company, Appellant.— Judgment and order reversed